## CONTINUATION IN SUPPORT OF CRIMINAL COMPLAINT

I, Alex Travers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this continuation in support of a criminal complaint against Kyle Lee Dean for violations of Title 18, United States Code, Sections 113(a)(3), 1151, 1153, assault with a dangerous weapon, and Title 18 United States Code, Sections 113(a)(6), 1151, 1153, assault resulting in serious bodily injury. Based on the information disclosed below, I submit there is probable cause to believe that on January 20, 2024, Dean violated Title 18, United States Code, Sections 113(a)(1), 113(a)(3), 113(a)(6), 1151, and 1153, in the Western District of Michigan. I, therefore, request the Court authorize the criminal complaint and an arrest warrant for Dean.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2022. I am currently assigned to the Detroit Division, Marquette Resident Agency. Prior to my employment with the FBI, I was a police officer for over eight (8) years in Cranston, Rhode Island where I served as a patrol officer, in temporary assignments with the department's Special Investigations Unit, and as a patrol sergeant. This continuation is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

3. On January 20, 2024, the L'Anse Village Police Department and Keweenaw Bay Tribal Police responded to a Residence after a 9-1-1 call for a stabbing.

Investigators went to the Residence, which is within the exterior boundaries of the L'Anse Reservation of the Keweenaw Bay Indian Community. . Once on scene, police observed the victim with stab wounds to the head, chest, abdomen, back and arm. Emergency medical personnel responded to render aid to the victim. While rendering aid to the victim, officers were notified that Dean admitted himself to the Baraga County Memorial Hospital. Dean told staff at the hospital that he had stabbed someone, and staff found two (2) knives in his possession. The victim was able to provide a statement to law enforcement at the hospital.

4. The victim told law enforcement that Dean arrived at the Residence. . The victim told Dean to leave and pushed him. The victim struck Dean with his fists, and Dean fell to the ground. Dean produced a knife, and later told Special Agent Richard Grout and I that he stabbed the victim in the chest area about two (2) to three (3) times. Dean was unable to explain the victim's additional wounds. Based on where the victim said the stabbing occurred, it occurred within the exterior boundaries of the L'Anse Reservation of the Keweenaw Bay Indian Community.

5. On January 20, 2024, Special Agents Richard Suda and Johnathan Trent interviewed a witness at the hospital. The witness stated that Dean was known to make threats against the victim and the witness. Dean made threats against the victim and witness since the birth of their child. Dean made threats by leaving voice messages through phone calls, text messages, and in person. Dean came to the house and met the victim at the front door. The witness watched from inside the house as the victim and Dean walked to Dean's vehicle. A fight started between the two and

continued down the driveway towards the road. When the victim returned to the Residence s/he had multiple stab wounds. Dean left his vehicle in the driveway when he fled.

6. A minor witness also observed the assault by Dean. This minor witness will be interviewed by a forensic interviewer at a later time.

7. Agents Trent and Suda observed the victim at the hospital. The victim had multiple stab wounds. Based on my training and experience, the wounds will result in scarring, which I am informed by the United States Attorney's Office qualifies as protracted and obvious disfigurement. Medical staff had to transport the victim to surgery for his wounds.

8. Dean is an enrolled member of the Keweenaw Bay Indian Community, based on records received from the Keweenaw Bay Tribal Police Department. .

## CONCLUSION

9. I submit that this continuation establishes probable cause to believe that Dean committed violations of 18 U.S.C. §§ 113(a)(3), 113(a)(6), 1151, and 1153. I, therefore, request that the Court authorize the criminal complaint and issue an arrest warrant for Dean's arrest.